1  MELINDA HAAG  (CSBN 132612)
   United States Attorney
2  THOMAS MOORE  (ASBN 4305-O78T)
   Assistant United States Attorney
3  Chief, Tax Division
   CYNTHIA STIER (DCBN 423256)
4  Assistant United States Attorney
   11th Floor Federal Building
5   450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
6   Telephone:  (415) 436-7000

7  Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEW YORK FRANKFURTER COMPANY OF CALIFORNIA INC., CATHERINE SCHOOP and MARK ASHDOWN,<br><br>Plaintiffs,<br><br>v.<br><br>COMMISSIONER OF INTERNAL REVENUE and UNITED STATES OF AMERICA,<br><br>Defendants. | Case No.  CV 13-80064-MISC-SI<br><br><br><br>**STIPULATION TO CONTINUE** |

   Plaintiffs, New York Frankfurter Company of California, Inc., Catherine Schoop and Mark Ashdown, and Defendants, Commissioner of Internal Revenue and United States of America, hereby agree and stipulate, as follows:

   1. That the United States has until May 29, 2013, to file its opposition to the Motion to Quash Third Party Summons.

   2. That the Plaintiffs, New York Frankfurter Company of California, Inc., Catherine Schoop and Mark Ashdown, will file their Reply, if any, by June 5, 2013.

   3. That the hearing on the Motion to Quash Third Party Summons be rescheduled to June

14, 2013, at 3:00 p.m.

          Respectfully submitted,

          MELINDA HAAG
          United States Attorney

          */s/ Cynthia Stier*
          CYNTHIA STIER
          Assistant U.S. Attorney
          Attorneys for Commissioner of Internal
          Revenue and United States of America

          */s/ Cindy Ho*
          ROBERT L. GOLDSTEIN
          CINDY L. HO
          Law Offices of Robert L. Goldstein
          100 Bush Street, Stuite 501
          San Francisco, CA 94101
          Telephone: (415) 391-8710 ext. 107

## **ORDER**

Based on the Stipulation of the parties herein, it is hereby ORDERED:

1. That the United States has until May 29, 2013, to file its opposition to the Motion to Quash Third Party Summons.

2. That the Plaintiffs, New York Frankfurter Company of California, Inc., Catherine Schoop and Mark Ashdown, will file their Reply, if any, by June 5, 2013.

3. That the hearing on the Motion to Quash Third Party Summons be rescheduled to June 14, 2013, at 3:00 p.m.

SO ORDERED this __16th__ day of April, 2013.

                                                  _____
                                                  SUSAN ILLSTON
                                                  United States District Judge

*New York Frankfurter Co. of Calif., Inc., et al.,*
*v. Comm'r of Internal Revenue et al.,*
Case No. CV 13-80064-MISC-SI

2