MELINDA HAAG (CSBN 132612)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
11th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7000

Attorneys for United States of America

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **NEW YORK FRANKFURTER COMPANY OF CALIFORNIA INC., CATHERINE SCHOOP and MARK ASHDOWN,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**COMMISSIONER OF INTERNAL REVENUE and UNITED STATES OF AMERICA,**<br><br>**Defendants.** | **Case No. CV 13-80064-MISC-SI**<br><br>**STIPULATION TO CONTINUE** |

Plaintiffs, New York Frankfurter Company of California, Inc., Catherine Schoop and Mark Ashdown, and Defendants, Commissioner of Internal Revenue and United States of America, hereby agree and stipulate, as follows:

1. That the United States has until May 29, 2013, to file its opposition to the Motion to Quash Third Party Summons.

2. That the Plaintiffs, New York Frankfurter Company of California, Inc., Catherine Schoop and Mark Ashdown, will file their Reply, if any, by June 5, 2013.

3. That the hearing on the Motion to Quash Third Party Summons be rescheduled to June

14, 2013, at 3:00 p.m.

Respectfully submitted,

MELINDA HAAG
United States Attorney

*/s/ Cynthia Stier*
CYNTHIA STIER
Assistant U.S. Attorney
Attorneys for Commissioner of Internal Revenue and United States of America

*/s/ Cindy Ho*
ROBERT L. GOLDSTEIN
CINDY L. HO
Law Offices of Robert L. Goldstein
100 Bush Street, Stuite 501
San Francisco, CA 94101
Telephone: (415) 391-8710 ext. 107

**ORDER**

Based on the Stipulation of the parties herein, it is hereby ORDERED:

1. That the United States has until May 29, 2013, to file its opposition to the Motion to Quash Third Party Summons.

2. That the Plaintiffs, New York Frankfurter Company of California, Inc., Catherine Schoop and Mark Ashdown, will file their Reply, if any, by June 5, 2013.

3. That the hearing on the Motion to Quash Third Party Summons be rescheduled to June 14, 2013, at 3:00 p.m.

SO ORDERED this 16th day of April, 2013.

SUSAN ILLSTON
United States District Judge